## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In re:  Randall Neal Gossett           )
        Cynthia L. Gossett             )
                                       )   Case No.: 05-12775
              Debtor(s)                )

### SCHEDULE OF ADDITIONAL CREDITORS

The following debts were incurred by the debtor(s) between the date of filing of the Chapter 13 case and the date of conversion or were not included in the list of creditors maintained by the Chapter 13 Office:

| | NAME & ADDRESS OF CREDITOR | AMOUNT | INDEBTEDNESS SECURED BY |
|---|---|---|---|
| (1) | Computer Credit, Inc.<br>P.O. Box 5238<br>Winston-Salem, NC 27113-5238 | $250.00 | |
| (2) | Kernersville Family Practice<br>2000 Frontis Plaza Blvd.<br>Winston-Salem, NC 27103 | $115.00 | |
| (3) | MARC<br>13730 South Point Blvd.<br>Charlotte, NC 28273 | $70.00 | |
| (4) | Kernersville Family Practice<br>2000 Frontis Plaza Blvd.<br>Winston-Salem, NC 27103 | $50.00 | |
| (5) | | | |
| (6) | | | |
| (7) | | | |

Date: May 29, 2007          Signed: *Randall Neal Gossett*
                                    Debtor

                            Signed: *Cynthia L. Gossett*
                                    Debtor