```
                    UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
    RANDALL NEAL GOSSETT                         CASE NO. 05-12775
    CYNTHIA L GOSSETT                            JUDGE Thomas W. Waldrep, Jr.
    612 MACY GROVE ROAD
    KERNERSVILLE NC
                        27284                    DATE: 06/04/07

         Debtor(s)
    SSN(1)XXX-XX-6690 SSN(2)XXX-XX-4756
------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT
                             AND ACCOUNT
------------------------------------------------------------------------------

      ANITA JO TROXLER        , Trustee for the above case, submits the following
final report  and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

   1.  The case was filed on Aug 31, 2005 and confirmed on Nov 28, 2005.
The case was subsequently CONVERTED AFTER CONFIRMATION on May 31, 2007.

   2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$   48,874.13 .

   3. The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| BENEFICIAL MORTGAGE CO OF N<br>    DT RP,CTD | Continuin | .00 | 22021.20 | .00 | .00 |
| BENEFICIAL MORTGAGE CO OF N<br>    ARR | Arrearage | 9314.72 | 6672.08 | .00 | 2642.64 |
| BENEFICIAL MORTGAGE CO OF N<br>    NOTICE-BENEFICIAL NC | AMENDED | .00 | .00 | .00 | .00 |
| CAMCO FINANCE COMPANY<br>    98FORD | Vehicle-S | 1978.00 | 1978.00 | 97.06 | .00 |
| CAVALRY PORTFOLIO SERVICES<br>    AT&T/CINGULAR | Unsecured | 790.11 | 34.94 | .00 | 755.17 |
| DIRECT FINANCIAL<br>    00FORD,1205A | Vehicle-S | 5966.46 | 4272.56 | 479.17 | 1693.90 |
| GUILFORD CO REGISTER OF DEE | Special C | 14.00 | 14.00 | .00 | .00 |
| GUILFORD CO TAX DEPT<br>    206OR | Secured | 990.15 | 990.15 | 37.28 | .00 |
| GUILFORD CO TAX DEPT<br>    SPLIT,206OR | Priority | 136.41 | 136.41 | .00 | .00 |
| GUILFORD CO TAX DEPT<br>    SPLIT,206OR | Unsecured | 105.20 | 4.66 | .00 | 100.54 |
| INTERNAL REVENUE SERVICE<br>    206OR | Secured | 2500.00 | 2500.00 | 121.76 | .00 |
| INTERNAL REVENUE SERVICE<br>    NOTICE-INTERNAL REVE | AMENDED | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE<br>    OC,206OR | Priority | 3895.18 | 3895.18 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE

CHAPTER 13 CASE NO. 05-12775

```
------------------------------------------------------------------------------
CREDITOR NAME               CLASS      CLAIM AMT     PRIN PD    INT PD   BAL DUE
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE    Unsecured   47184.97    2088.74       .00  45096.23
     206OR
JEFFERSON CAPITAL SYSTEMS L Unsecured     846.75      37.44       .00    809.31
     HOUSEHOLD/ORCHARD
MEDICAL REVENUE SERVICES    Unsecured     605.55      26.80       .00    578.75

NOVANT HEALTH               Unsecured    2000.37      88.46       .00   1911.91

PREMIER BANKCARD            AMENDED         .00         .00       .00       .00
     NOTICE-PREMIER
PREMIER BANKCARD CHARTER    Unsecured     161.52       7.15       .00    154.37

PREMIER BANKCARD CHARTER    Unsecured     453.94      20.10       .00    433.84
```

4. Summary of disbursements:

```
------------------------------------------------------------------------------
                 SECURED     PRIORITY   UNSECURED   CONT DEBTS      TOTAL
------------------------------------------------------------------------------
CLAIM AMOUNT    20749.33      4045.59    52148.41     22021.20   98964.53
PRINCIPAL PAID  16412.79      4045.59     2308.29     22021.20   44787.87
INTEREST PAID     735.27         .00         .00          .00     735.27
```

5. Costs of administration:
The clerk was paid $           .00  for the filing fee.
The debtor's attorney was allowed $    1,300.00 and was paid $    1,300.00 .
The Trustee was paid $      5.00  for the cost of mailing notices in the case.
The Trustee was paid $   1023.00  for expenses and $   1022.99  for compensation pursuant to 11 USC 1302.
Refunds to the debtor total $           .00 .

6. Total Receipts Less Distributions:
   Total Paid In =                             48,874.13
   Trustee Compensation =                       1,022.99
   Debtor Atty Fees =                           1,300.00
   Other Professional Fees and Expenses =       1,028.00
   Secured Payments =                          39,169.26
   Priority Payments =                          4,045.59
   Unsecured Payments =                         2,308.29
   Other Distributions =                             .00
   Balance =                                         .00

CHAPTER 13 CASE NO. 05-12775

    Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case and grants such other relief as may be just and proper.

```
                                              /s/ Anita Jo Troxler
xc RANDALL NEAL GOSSETT and CYNTHIA L GOSSETT  _____
   U S BANKRUPTCY ADMIN                        ANITA JO TROXLER
   CHARLES E NEILL ESQ
   5411F WEST FRIENDLY AVE
   GREENSBORO NC
                         27410-0000
```